UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DARCY E. VOELKER )
 )
Plaintiff )
v. ) C.A. No. CA 07 017 ML
 )
LIFETOUCH NATIONAL SCHOOL )
STUDIOS, INC. and ELIZABETH )
ST. GERMAIN )
 )
Defendants. )

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants, Lifetouch National School Studios, Inc., and Elizabeth St. Germain, by and through their undersigned attorneys, submit this Notice of Removal and state as follows:

1. On or about November 27, 2006, the above-captioned action was filed by the Plaintiff against Defendants in the Superior Court of Rhode Island, Kent County (the "State Court"), entitled *Darcy E. Voelker v. Lifetouch National School Studios, Inc. and Elizabeth St. Germain*, C.A. No. KC06-1108. Plaintiff served the Complaint on Prentice Hall Corp. System, Agent for Service of Defendant Lifetouch National School Studios, Inc. ("Lifetouch") on December 26, 2006 and on Defendant Elizabeth St. Germain ("St. Germain") thereafter. The action is now pending in the Superior Court. A copy of the Summons and Complaint (collectively the "Pleadings") that were filed in the Superior Court is attached hereto as Exhibit A, and constitutes all process, pleadings and orders purportedly served in the action.

2. The District of Rhode Island embraces the place where the State Court action is pending. *See* 28 U.S.C. § 1446(a).

3. This action involves a claim of unlawful discrimination alleging sex (gender) discrimination on the basis of pregnancy in violation of the Pregnancy Discrimination Act, 42 U.S.C. § 2000e(k) *et seq.*, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

4. This Notice of Removal is being filed with this Court within thirty (30) days after Defendants first received a copy of a pleading, amended pleading, motion, order or other paper from which it could first ascertain that the action was removable.

5. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

6. In filing this Notice of Removal, Defendants do not waive any defenses that may be available to them.

WHEREFORE, Defendants, Lifetouch and St. Germain, respectfully submit that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against them, entitled *Darcy E. Voelker v. Lifetouch National School Studios, Inc. and Elizabeth St. Germain,* C.A. No. KC-06-1108, be removed from the Superior Court of the State of Rhode Island, Kent County, that this action proceed in this Court as a properly removed action and that the Defendants have such other and further relief as this Court may deem just and proper.

Dated: January 16, 2007

Defendants,

LIFETOUCH NATIONAL SCHOOL STUDIOS, INC. and ELIZABETH ST. GERMAIN,

By their Attorneys,

NIXON PEABODY LLP

Stacie Boeniger Collier (#6059)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by first class mail, postage pre-paid, this 16th day of January, 2007 to:

Michael F. Drywa, Jr., Esquire
53 Arlington Street
PO Box 7367
Brockton, MA 02303

Paula K Gordon