STATE OF [illegible]DE ISLAND AND PROVIDENCE PLANTA[illegible]NS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-1108 DARCY VOELKER V LIFETOUCH NATIONAL SCHOOL STUDIOS

Filing Date: 11-29-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 01-16-2007

Plaintiff: DARCY VOELKER
ID: @10875970

Attorney: MICHAEL DRYWA

Defendant: LIFETOUCH NATIONAL SCHOOL STUDIOS IN
ID: @10875973

Defendant: ELIZABETH ST. GERMAN
ID: @10875975

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-29-2006 | COMPLAINT FILED | |
| 11-29-2006 | INITIAL FILING FEE | |
| 11-29-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK54779. |
| 01-16-2007 | REMOVED FROM TRIAL POOL ORDER | |
| 01-16-2007 | STIP FILED DURING DISCOV | Affiliated: LIFETOUCH NATIONAL SCHOOL STUDIOS INC |
| 01-16-2007 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
County of Kent
[illegible] Rhode Island