UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DARCY E. VOELKER<br><br>Plaintiff<br>v.<br><br>LIFETOUCH NATIONAL SCHOOL STUDIOS INC. and ELIZABETH ST. GERMAIN<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-017ML |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with its obligations under the Federal Rules of Civil Procedure and the Local Rules, Lifetouch National School Studios Inc. discloses that its parent corporation is Lifetouch Inc., a privately held corporation and that no publicly traded company owns 10% or more of its stock.

LIFETOUCH NATIONAL SCHOOL
STUDIOS, INC.
By its attorneys,

/s/ Stacie Boeniger Collier
Stacie Boeniger Collier, RI Bar #6059
Matthew J. Frankel, RI Bar #7293
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: January 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and accurate copy of the within Defendants' Answer to Michael Drywa, Jr., 37 Arlington Street, PO Box 7367, Brockton, MA 02303 by electronic mail and regular mail, postage prepaid, this 29th day of January, 2007.

/s/ Stacie Boeniger Collier__

10270824.1