UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DARCY E. VOELKER

v. C.A. NO. 07-017 ML

LIFETOUCH NATIONAL SCHOOL
STUDIOS and ELIZABETH ST. GERMAIN

**NOTICE OF DEPOSITION**

TO: Darcy E. Voelker

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(b)(2) and 45(c), Defendants Lifetouch National School Studios (hereinafter "Lifetouch") by through its attorneys hereby gives notice that the deposition upon oral examination of Darcy E. Voelker, will take place on Wednesday, June 13, 2007, beginning at 10:00 a.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903, before an officer duly authorized by law to administer oaths. The deposition will continue from day to day until completed.

LIFETOUCH NATIONAL SCHOOL STUDIOS, INC.

By its attorneys,

/s/Stacie Boeniger Collier
Stacie Boeniger Collier (RI Bar #6059)
Matthew J. Frankel (RI Bar #7293)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
sbcollier@nixonpeabody.com

Dated: April 3, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and accurate copy of the within Notice of Deposition to Michael Drywa, Esq., 37 Arlington Street, PO Box 7367, Brockton, MA 02303 and Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920, this 3rd day of April, 2007.

/s/ Stacie Boeniger Collier