UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DARCY E. VOELKER<br><br>Plaintiff<br>v.<br><br>LIFETOUCH NATIONAL SCHOOL STUDIOS, INC. and ELIZABETH ST. GERMAIN<br><br>Defendants. | ) | C.A. No. 07-017ML |

**DEFENDANTS' MOTION TO CANCEL SETTLEMENT CONFERENCE**

Defendants Lifetouch National School Studios, Inc. ("Lifetouch") and Elizabeth St. Germain ("Defendants") hereby move to cancel the settlement conference scheduled for June 21st for the reasons that follow:

1. Because early indications indicated (to Defendants) that Plaintiff's alleged damages were not significant, in late April, counsel for the Defendants actively sought to schedule an early settlement conference before both sides became very entrenched in their positions and before a lot of resources were spent on fees and costs. She solicited a date from Plaintiff's counsel, secured an agreement to hold discovery (and therefore the bulk of attorneys' fees) in abeyance and asked Magistrate Lovegreen (to whom ADR in this case had been assigned) to meet with the parties on May 24, 2007.

2. On May 24th, the parties and their lawyers met before Magistrate Lovegreen. They could not reach a settlement. Magistrate Lovegreen asked the parties to

continue discussions and for counsel to report back on the case's status on June 12, 2007.

3. The parties did continue discussions, but could not reach agreement. They reported this on June 12th.

4. The parties held separate caucuses with Magistrate Lovegreen but could not reach a resolution. Magistrate Lovegreen ordered the parties to return on June 21st. He told Defendants' counsel to bring her clients (Lifetouch's inside counsel, Rex Buxton, Paul Cuviello, a non-party manager who had appeared on Lifetouch's behalf on May 24th and Defendant, Elizabeth St. Germain) on June 21st. Plaintiff was told she did not need to appear.

5. Mr. Buxton would be traveling from Minnesota to Rhode Island.

6. Defendant's counsel has communicated to Plaintiff's lawyer that Defendants have offered the most they are willing to offer. Moreover, counsel advised that if Defendants have to incur travel costs to attend another settlement conference, they will withdraw their outstanding offer.

7. Despite diligent efforts which have continued since the June 12th conference, the parties cannot reach settlement.

8. In light of this, Defendants believe that further settlement conferences will be unproductive, a waste of the parties' and the court's time and that they may hurt a future possible settlement.

9. Therefore, Defendants respectfully request that the settlement conference scheduled for June 21st, as well as an additional conference set for July 20th, be indefinitely postponed.

10. In the event the Court wishes to hold the settlement conference on June 21st, Defendants respectfully request that Mr. Buxton and Ms. St. Germain be allowed to participate telephonically. The conference was scheduled on approximately one week's notice and Ms. St. Germain has a previously scheduled vacation to Florida with her children and grandchildren. Mr. Buxton lives and works in Minnesota and would need to incur significant travel costs and reschedule numerous meetings and commitments to appear on June 21st.

Respectfully submitted,

LIFETOUCH NATIONAL SCHOOL STUDIOS, INC. and ELIZABETH ST. GERMAIN,
By their attorneys,

/s/ Stacie Boeniger Collier
Stacie Boeniger Collier, RI Bar #6059
Matthew J. Frankel, RI Bar #7293
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: June 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and accurate copy of the within Defendants' Motion to Discontinue Settlement Conference to Michael Drywa, Jr., 37 Arlington Street, PO Box 7367, Brockton, MA 02303 by electronic mail and regular mail, postage prepaid, this 15th day of June, 2007.

/s/ Stacie Boeniger Collier