UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DARCY E. VOELKER | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 07-017 ML |
| | ) | |
| LIFETOUCH NATIONAL SCHOOL | ) | |
| STUDIOS, AND ELIZABETH ST. GERMAIN | ) | |
| | ) | |
| Defendants. | ) | |

DISMISSAL STIPULATION

All claims in this matter shall be dismissed with prejudice, no interest or costs to either party.

| | |
|---|---|
| Plaintiff, | Defendants, |
| DARCY E. VOELKER | LIFETOUCH NATIONAL SCHOOL STUDIOS, INC. AND ELIZABETH ST. GERMAIN |
| By her attorney, | By their attorneys, |
| SIMS & SIMS LLP | NIXON PEABODY LLP |
| /s/ Michael F. Drywa_______ | /s/ Stacie Boeniger Collier_____ |
| Michael F. Drywa (#5999) | Stacie Boeniger Collier (#6059) |
| 53 Arlington Street | One Citizens Plaza |
| P.O. Box 7367 | Suite 500 |
| Brockton, MA 02303 | Providence, Rhode Island 02903 |
| (508) 588-6900 | (401) 454-1000 |
| (508) 586-3320 (Facsimile) | (401) 454-1030 (Facsimile) |

Dated: July 17, 2007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within document was served via electronic mail this 17th day of July, 2007 to:

Michael Drywa, Esq.
53 Arlington Street
P.O. Box 7367
Brockton, MA 02303

/s/ Stacie B. Collier